# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William J. Martini |
| v. | : | Crim. No. 12-382 (WJM) |
| FARRELL CORRWAY | : | **RESTITUTION ORDER** |

Pursuant to the Mandatory Restitution for Sex Crimes section of the Violence Against Women Act of 1994 (VAWA), codified in Title 18, United States Code §2259, and based on the consent of counsel for the victim, the United States ( by Lee M. Cortes, Jr., Assistant United States Attorney), and the defendant Farrell Corrway (by David Holman, Assistant Federal Public Defender), the Court finds that "L.S." is a victim who has been harmed by the defendant's offense conduct in this case and orders that the defendant, FARRELL CORRWAY, pay restitution to "L.S." in the amount of $500.00. Payment should be made to:

The Ashcroft Law Firm, LLC. Trustee F/B/O Jane Doe.
Attn: John Ratcliffe
1700 Pacific, Suite 3600
Dallas, TX 75201

10/15/12

THE HONORABLE WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE